IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01034-WDM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KERR-MCGEE CORPORATION,

    Defendant.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because he receives royalty payments from the defendant corporation and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on May 21, 2007.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge

PDF FINAL