UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:  07-cv-01034-WDMMJW

UNITED STATES OF AMERICA,

      Plaintiff,

and the STATE OF COLORADO,
      Plaintiff-Intervener

v.

KERR-MCGEE CORPORATION,

      Defendant

---

ORDER GRANTING STATE OF COLORADO'S MOTION TO INTERVENE ( Docket No. 3 )

---

The *Unopposed Motion to Intervene as a Plaintiff under Federal Rule of Civil Procedure 24,* filed by the State of Colorado, is GRANTED.

It is ORDERED that State of Colorado is a plaintiff in this case and that the State of Colorado's Complaint in Intervention, attached to the State of Colorado's Unopposed Motion to Intervene, is deemed filed in this case as of June 1, 2007.

DATED this 1st day of June 2007.

*[signature]*

~~United States District Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO