IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01034-EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

and

STATE OF COLORADO,

        Plaintiff-Intervenor,

v.

KERR-McGEE CORPORATION,

        Defendant.

---

**ORDER GRANTING JOINT MOTION FOR STAY OF DEADLINES CONTAINED IN
THE COURT'S ORDER SETTING SCHEDULING/PLANNING CONFERENCE
[DOCKET 9] (Docket No. 12 )**

---

**THIS MATTER** having come before the Court on the Joint Motion for Stay of

Deadlines Contained in the Court's Order Setting Scheduling/Planning Conference, the Court

having reviewed the Motion,

**HEREBY GRANTS** said Motion.  The Scheduling/Planning Conference which was

previously scheduled for July 20, 2007 and all deadlines contained in the Court's Order of June

1, 2007 are STAYED until September 28, 2007 to allow for the public comment period to close

and to allow the Governments to consider any comments they may receive and move for entry of

the proposed Consent Decree. The parties shall File

A status Report on on before September

14, 2007. with The Court.

DATED this 15TH day of June, 2007.

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO