IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                          Date: September 28, 2007
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–01034–EWN-MJW

_Parties:_                                          _Counsel:_

UNITED STATES OF AMERICA,                           Dianne Shawley, Jerel Ellington, and
                                                    Stephen Taylor

      Plaintiff, and

THE STATE OF COLORADO,                              Stephen Brown

      Plaintiff - Intervenor,

v.

KERR-McGEE CORPORATION,                             John Jacus, Sherry Bursey, and Richard
                                                    Waters

      Defendant.

---

## AMENDED COURTROOM MINUTES

---

**Status Conference**

**3:29 p.m.**     Court in session.

Appearances of counsel.  Also present at Plaintiffs' table are Nicholas Persampieri, representing Rocky Mountain Clean Air Action and the Natural Resources Defense Council, and Jeremy Nichols.  Also present at Defendant's table is Aubyn Krulish.

Discussion regarding motion to intervene, #16.

**ORDERED: 1.**     **RMCAA's Motion to Intervene and Join Parties (#16, filed August 17, 2007) is GRANTED in part.  Natural Resources Defense Council and Rocky Mountain Clean Air Action will be permitted to intervene in this case.  Defendant's surreply as to whether RMCAA should be allowed limited time to conduct discovery prior to court's entering the consent decree, is due in twenty days; sur-surreply is due twenty days thereafter.**

**ORDERED: 2.**     **Further proceedings are stayed until court's ruling on the Government's motion to enter a consent decree, #23.**

**3:41 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:12