**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv- 01034-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

The STATE OF COLORADO,

    Plaintiff-Intervenor, and

ROCKY MOUNTAIN CLEAN AIR ACTION, and
NATURAL RESOURCES DEFENSE COUNCIL,

    Plaintiff-Intervenors,

v.

KERR-MCGEE CORPORATION,

    Defendant

**ORDER**

This matter having come before the Court on the Unopposed Motion for Scheduling

Order (#46), **IT IS HEREBY**

**ORDERED: 1.**  **Rocky Mountain Clean Air Action and the Natural Resources Defense Council shall file their sur-surreply on discovery issues, and their response to the motion to enter on orbefore November 15, 2007.**

**ORDERED: 2.**  **The United States, the State of Colorado and Kerr-McGee Corporation shall file any reply briefs on the motion to enter on or before November 30, 2007.**

Dated this 30th day of October, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge